| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Charles Dewayne Franklin, §
    Petitioner, §
  §
v. § Civil Action H-18-3627
  §
Lorie Davis, §
    Respondent. §

## Order of Adoption

On May 10, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that Charles Dewayne Franklin's petition for writ of habeas corpus be dismissed with prejudice. Franklin filed objections, which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed  06 · 20 ·  2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge